```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 17195
   BETTY J BRINSON
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-7064


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 05/03/2004 and was confirmed 07/14/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  16.91% from remaining funds.

      The case was paid in full 01/26/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
CHRYSLER FINANCIAL SVC A  SECURED         17690.00        4724.14       17690.00
CHRYSLER FINANCIAL SVC A  UNSECURED        2992.61            .00         505.90
CHRYSLER CREDIT CORP      NOTICE ONLY    NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED            .00            .00
TIMOTHY K LIOU            DEBTOR ATTY      2,272.40                     2,272.40
TOM VAUGHN                TRUSTEE                                       1,603.56
DEBTOR REFUND             REFUND                                          253.00


      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               27,049.00

PRIORITY                                            .00
SECURED                                       17,690.00
   INTEREST                                    4,724.14
UNSECURED                                        505.90
ADMINISTRATIVE                                 2,272.40
TRUSTEE COMPENSATION                           1,603.56
DEBTOR REFUND                                    253.00
                      --------------        --------------
TOTALS                27,049.00               27,049.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 17195 BETTY J BRINSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 17195 BETTY J BRINSON